IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK KUNKEL,

       Plaintiff,                    1: 09 CV 00686 YNP (SMS) PC

   vs.                               ORDER

N. DILL, et al.,

       Defendants.

    On October 9, 2009, an order to show cause was issued, directing Plaintiff to show cause why this action should not be dismissed for his failure to respond to the Court's order of September 1, 2009. Plaintiff has filed a first amended complaint in response to the September 1, 2009, order.

    Accordingly, IT IS HEREBY ORDERED that the October 9, 2009, order to show cause is discharged.

IT IS SO ORDERED.

**Dated:   November 13, 2009**          /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE