# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KUNKEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>N. DILL, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00686-YNP PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 8) |

　　　　Plaintiff Patrick Kunkel ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's First Amended Complaint filed on October 8, 2009. The Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Garcia, Mendoza, Araich, Mackey, Robaina, Dileo, Dill, Pfeiffer, Ali, and Zamora for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 551 U.S. 89, 93-94 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Service is appropriate for the following defendants:

　　　　　　　　GARCIA

　　　　　　　　MENDOZA

---

[1] In an order issued concurrently with this order, the Court dismissed all other claims in Plaintiff's First Amended Complaint for failure to state a claim.

|    |    |    |
|----|----|----|
| 1  |    | ARAICH |
| 2  |    | MACKEY |
| 3  |    | ROBAINA |
| 4  |    | DILEO |
| 5  |    | DILL |
| 6  |    | PFEIFFER |
| 7  |    | ALI |
| 8  |    | ZAMORA |

2. The Clerk of the Court shall send Plaintiff ten (10) USM-285 forms, ten (10) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed October 8, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Eleven (11) copies of the endorsed First Amended Complaint filed October 8, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   December 17, 2009**              /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE