IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KUNKEL,<br><br>    Plaintiff,<br><br>    vs.<br><br>N. DILL, et al.,<br><br>    Defendants.<br>_____/ | 1:09-cv-00686-LJO-SMS-(PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO OBJECT TO DEFENDANTS' OBJECTIONS TO MOTION TO COMPEL<br><br>(ECF No. 95)<br><br>THIRTY-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 1, 2011, plaintiff filed a motion to extend time to object to defendants' objections to motion to compel. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the opposition to motion to compel.

IT IS SO ORDERED.

**Dated:   April 4, 2011**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE