# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KUNKEL,<br><br>    Plaintiff,<br><br> v.<br><br>N. DILL, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00686-LJO-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE DATE OF BIRTH FOR RECORDS REQUEST<br><br>(ECF No. 101)<br><br>FIFTEEN-DAY DEADLINE |

On May 11, 2011, the Court directed the United States Marshal to serve a subpoena for the production of medical records on the University of California, Davis ("UCD"). Service of the subpoena has been effected, but the subpoena has been returned and the Court has been notified by UCD that it needs Plaintiff's birth date in order to comply with the records request.

Accordingly, within **fifteen (15) calendar days** of the receipt of this order, Plaintiff SHALL provide his birth date directly to the chambers of the undersigned so that UCD can gather and produce Plaintiff's medical records in compliance with the subpoena. Plaintiff shall mark the letter confidential so that it is routed correctly.

IT IS SO ORDERED.

**Dated:**   **May 25, 2011**      /s/ Sandra M. Snyder
                   UNITED STATES MAGISTRATE JUDGE