UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KUNKEL,<br><br>        Plaintiff,<br><br>    v.<br><br>N. DILL, et al.,<br><br>        Defendants. | Case No.: 1:09-cv-00686 BAM (PC)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>(ECF No. 201) |

Pursuant to the stipulation of dismissal filed on October 25, 2013, this action is DISMISSED in its entirety with prejudice. (ECF No. 201.)  Each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   **October 25, 2013**           /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE