UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KUNKEL,<br><br>           Plaintiff,<br><br>      v.<br><br>N. DILL, et al.,<br><br>           Defendants. | No. 1:09-cv-0686 BAM P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel.  On November 6, 2013, plaintiff filed a motion, signed October 25, 2013, asking the court to contact prison officials to obtain payment of the settlement proceeds.  (ECF No. 203.)  On November 22, 2013, plaintiff filed a letter, signed November 17, 2013, stating he had not yet received the settlement check.  (ECF No. 205.)  On November 26, 2013, counsel for defendants filed a response stating that the settlement funds were posted to plaintiff's account, and asked plaintiff to check his account again.  (ECF No. 204.)  More than seven days have passed, Local Rule 230(l), and plaintiff has not responded to defendants' response to plaintiff's motion.

In light of defendants' response, and plaintiff's failure to reply, it appears that plaintiff has received the settlement proceeds.  Thus, plaintiff's motion is denied without prejudice.

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's November 6, 2013 motion (ECF
2 No. 203) is denied without prejudice.
3 Dated:  December 18, 2013

*[Signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

5 /kunk0686.den